BUSINESS ADVISORY BUREAU, INC., as Assignee of FRANCIS G. HUBBARD, Trustee in Bankruptcy of MEXICAN AMERICAN HABANERO CORPORATION, Appellant, *v.* FEDERICO STALLFORTH, Respondent.

Argued November 23, 1942; decided January 14, 1943.

*Samuel Rubin* for appellant.

*Benjamin Busch, Otto C. Sommerich* and *Maxwell C. Katz* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS and CONWAY, JJ. Dissenting: FINCH and DESMOND, JJ., dissent on the ground that it does not sufficiently appear that plaintiff cannot produce additional proof in support of the averments of the complaint.